# Notice Recipients

District/Off: 0207−1 User: galaimo Date Created: 11/14/2019
Case: 1−19−46823−cec Form ID: pdf000 Total: 2

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Enterprise 63 Corp.      98 Cuttermill Road      Suite 344S      Great Neck, NY 11021

TOTAL: 1